UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
APR 1 3 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    vs.<br><br>JOSE FIDEL GARCIA-BUENO,<br><br>              Defendant. | CASE NO. 06CR0134-IEG<br><br><br>JUDGMENT OF DISMISSAL |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

_X_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 21:952,960,963; 21:952,960; 21:846,841(a)(1); 21:841(a)(1). (Indictment/Superseding Indictment).

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/13/2007

_____
IRMA E. GONZALEZ
UNITED STATES DISTRICT JUDGE